

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2022

No. 04-21-00175-CR

Simon Peter **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5551
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

The State's "Motion to Change Designation and Publish Opinion" is GRANTED. *See* TEX. R. APP. P. 47.2.

_____
Liza A. Rodriguez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court